**O**
**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| KALUA BERTELEMANN,<br>Plaintiff,<br>v.<br>WALMART SUPERCENTER et al,<br>Defendants. | Case No. 5:25-cv-01183-ODW (SPx)<br><br>**JUDGMENT** |

///
///
///
///
///
///
///
///
///
///

**JUDGMENT**

Pursuant to the Court's Order **GRANTING** Defendant's Motion to Dismiss (Dkt. No. 30), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. Defendant shall have **JUDGMENT** in its favor;
2. Plaintiff shall receive nothing; and
3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

August 18, 2026



**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**